# UNITED STATES DISTRICT COURT
for the
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) Case No. 1:24-po-00110 SKO |
| AMANDO JAVIER CHAVEZ SANDOVAL, | ) ) |

## ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose; not to have any contact with any witnesses.

(3) The defendant shall abstain from the use and possession of alcohol and/or controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription;

(4) The defendant shall notify the Court and defendant's counsel of any change of address; and

(5) Unless waived by the court, the defendant must appear before:   U.S. DISTRICT COURT, 2500 Tulare Street, Fresno Ca.
November 21, 2024 at 10:00 AM
In courtroom 10, before U.S. Magistrate Judge Stanley A. Boone

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 9.16.24

_Defendant's signature_

Date: 9-16-2024

_Judicial Officer's Signature_

Sheila K. Oberto, United States Magistrate Judge
_Printed name and title_