1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  LAURA MYERS, IL Bar #6338417
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   AMANDO J. CHAVEZ-SANDOVAL
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | Case No. 1:24-po-00110-SAB

12 |              Plaintiff,             | **STIPULATION TO VACATE STATUS
   |                                     | CONFERENCE AND SET FOR CHANGE-
13 | vs.                                 | OF-PLEA HEARING; ORDER**

14 | AMANDO J. CHAVEZ-SANDOVAL,          | Date:   February 20, 2025
   |                                     | Time:  10:00 a.m.
15 |              Defendant.             | Judge: Hon. Stanley A. Boone

16

17         IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant

19 Federal Defender Laura Myers, counsel for Amando Chavez-Sandoval, that the Court may

20 vacate the status conference currently scheduled for January 16, 2025, at 10:00 a.m. and set a

21 change-of-plea and sentencing hearing on February 20, 2025, at 10:00 a.m.

22         The parties agree and request that the Court make the following findings:

23         1.     By previous order, this matter was set for a status conference on January 16,

24 2025, at 10:00 a.m.

25         2.     Mr. Chavez-Sandoval intends to enter a change of plea pursuant to an agreement

26 between the parties.

27         3.     Out of an abundance of caution, the government wishes to ensure the complaining

28 witness in this case is informed of the resolution and given an opportunity to be heard at

1  sentencing.  It is not clear at this time if she has been so informed.

2        4.    Mr. Chavez-Sandoval lives in Orange County.

3        5.    Accordingly, it is in the interest of justice to continue this matter to the February

4  calendar to ensure that the plea and sentencing may proceed in compliance with the CVRA.

5

6      Respectfully submitted,

7

8      MICHELE BECKWITH
   United States Attorney

9  Date: January 14, 2025    */s/ Jeffrey Spivak*
   JEFFREY SPIVAK
10     Assistant United States Attorney
   Attorney for Plaintiff

11

12     HEATHER E. WILLIAMS
   Federal Defender

13

14 Date: January 14, 2025    */s/ Laura Myers*
   LAURA MYERS
15     Assistant Federal Defender
   Attorney for Defendant
16     AMANDO J. CHAVEZ-SANDOVAL

17

18

19

20

21

22

23

24

25

26

27

28

1

# **O R D E R**

2

3      **IT IS SO ORDERED that** he status currently scheduled for January 16, 2025, at 10:00

a.m. is continued to a change-of-plea and sentencing hearing to **February 20, 2025, at 10:00**

4

**a.m.  before Magistrate Judge Stanley A. Boone.  The defendant is ordered to appear.**

5

6

IT IS SO ORDERED.

7

Dated:   **January 15, 2025**

8

STANLEY A. BOONE

9                                                                 United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28